# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**LEROY BARNETT**                                                                                    **PLAINTIFF**

**V.**                                                                       **NO. 4:15-CV-127-DMB-JMV**

**MARSHALL FISHER, et al.**                                                                **DEFENDANTS**

## ORDER

On or about November 13, 2018, Leroy Barnett submitted to the Court a document which, in substance, appears to be his third[1] motion seeking reconsideration of this Court's grant of summary judgment in Timothy Morris' favor. Doc. #54. The document asserts grounds for reconsideration which are either unrelated to Barnett's action (his alleged false imprisonment and systemic racial discrimination in the judicial system) or have already been addressed by this Court (insufficiency of evidence and the lack of an evidentiary hearing). Accordingly, the motion for reconsideration [54] is **DENIED**. Barnett is cautioned that future meritless motions for reconsideration will be summarily denied absent a minimal showing that he can meet the requirements of Rule 60(b).

**SO ORDERED**, this 10th day of September, 2019.

                                                          /s/Debra M. Brown
                                                          **UNITED STATES DISTRICT JUDGE**

---

[1] Barnett's previous motions for reconsideration were denied. *See* Docs. #51, #53.